UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN L. HENDRICKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THURSTON COUNTY SHERIFF'S OFFICE, TACOMA POLICE DEPARTMENT, and OFFICER JOHN DOE BUDINISH,<br><br>    Defendants. | Case No.  C06-5374RBL<br><br>ORDER DENYING DEFENDANTS' MOTION TO DISMISS |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant Thurston County Sheriff's Office's motion to dismiss is DENIED;

(3) This matter is re-referred to the Hon. J. Kelley Arnold; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold

DATED this 9th day of March, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1