1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN L. HENDRICKSON,

           Plaintiff,

        v.

THURSTON COUNTY SHERIFF'S
OFFICE, TACOMA POLICE, AND
OFFICER JOHN DOE BUDINISH,

           Defendants.

Case No.  C06-5374RBL

ORDER GRANTING REQUEST
TO ASSIST WITH
APPOINTMENT OF COUNSEL

15

16

17

       This matter is before the court, following Judge Leighton's order adopting the recommendation to deny Defendant Thurston County's motion for summary judgment.  On review of the record, the court does hereby find and ORDER.

18

19

20

21

22

23

       (1) Plaintiff raised the issue of appointment of counsel in a recently filed document (Doc. 26), which is construed as a motion for appointment of counsel.  Having reviewed the matter, the court finds it is appropriate to GRANT Plaintiff's request for assistance in the appointment of an attorney in this matter. In accordance with the plan and rules for the pro bono panel, the Court Clerk is requested draw on the pro bono panel and forward to the court the name of an attorney who can then be appointed to represent Plaintiff in this matter.

24

25

       (2)  The Clerk is directed to send copies of this order to plaintiff and counsel of record

       DATED this 2nd day of April, 2007.

26

27

28

                       _/s/ J. Kelley Arnold_
                       J. Kelley Arnold
                       United States Magistrate Judge