UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN L. HENDRICKSON,

    Plaintiff,

v.

THURSTON COUNTY SHERIFF'S OFFICE, TACOMA POLICE DEPARTMENT, and OFFICER JOHN DOE BUDINISH,

    Defendants.

Case No.  C06-5374RBL

This matter having come before this Court upon the (1) Stipulated Motion to Modify the Deadlines for the FRCP 26(f) Conference, the Initial Disclosures, and the Joint Status Report/Discovery Plan (Doc. 25) and (2) a stipulated motion to allow Plaintiff the opportunity to amend his complaint (Doc. 36), and the Court being advised in the premises, it is now, hereby ORDERED that the motions are GRANTED.

The new deadline dates for the FRCP 26(f) Conference, the Initial Disclosures, and the Joint Status Report/Discovery Plan are as follows:

|  | OLD DATE | NEW DATE |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 08/01/07 | 09/12/07 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 08/08/07 | 09/19/07 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule 16 | 08/15/07 | 09/26/07 |

Dated this 27th day of July, 2007.

*/s / J. Kelley Arnold*
J. Kelley Arnold
Magistrate Judge

Order
Page - 1