UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN L. HENDRICKSON,

        Plaintiff,

    v.

THURSTON COUNTY SHERIFF'S OFFICE, *et al.*,

        Defendants.

Case No. C06-5374RBL

This matter having come before this Court upon Plaintiff's motion for leave to amend his Second Amended Complaint (Doc. 51) and Plaintiff's motion for an for an extension of time under Federal R. Civ. P. 4(m) and (6)(b) to serve Officer William Budinich (Doc. 52).

The court has reviewed these two motion, the opposition and reply briefs, and the balance of the record and hereby orders the following:

(1) Plaintiff's motion for leave to amend is GRANTED. The Plaintiff shall file his Third Amended Complaint within ten (10) days of entry of this Order.

(2) Plaintiff's motion for an extension of time to serve Officer Budinich is GRANTED. The Plaintiff shall effect service upon Defendant William Budinich no later than sixty (60) days of entry of this Order.

Dated this 17th day of October, 2007.

                */s / J. Kelley Arnold*
                J. Kelley Arnold
                U.S. Magistrate Judge