Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KEVIN HENDRICKSON, ) | |
| ) | No.   C06-5374BHS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER OF |
| vs. ) | DISMISSAL OF DEFENDANTS JOHN |
| ) | DOE MINKER AND LISA DRACOBLY |
| THURSTON COUNTY, a municipal corporation; ) | |
| JOHN DOE MINKER of the Thurston County ) | |
| Sheriff's Office in his individual capacity; LISA ) | |
| DRACOBLY of the Thurston County Sheriff's ) | |
| Office in her individual capacity; JULIE ) | |
| WRIGHT of the Thurston County Sheriff's Office ) | |
| in her individual capacity; CITY OF TACOMA, a ) | |
| Political Subdivision of the State of Washington; ) | |
| OFFICER WILLIAM BUDINICH of the Tacoma ) | |
| Police Department in his individual capacity; ) | |
| OFFICER MICHAEL ROMAINE of the Tacoma ) | |
| Police Department in his individual capacity; ) | |
| OFFICER SUSAN WAKEMAN of the Tacoma ) | |
| Police Department in her individual capacity; ) | |
| PIERCE COUNTY, a municipal corporation; ) | |
| COLLEEN DESILET of the Pierce County ) | |
| Sheriff's Office in her individual capacity; ) | |
| KRISTIN MACY of the Pierce County Sheriff's ) | |
| Office in her individual capacity; BRUCE ) | |
| MINKER of the Pierce County Sheriff's Office in ) | |
| his individual capacity ) | |
| Defendants. ) | |
| ) | |

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS
JOHN DOE MINKER AND LISA DRACOBLY
(Case No. C06-5374)- 1

**PREMIER LAW GROUP PLLC**
3131 Elliott Avenue, Suite 710
Seattle, Washington  98121
(206) 285-1743 / Fax: (206) 599-6316

1  THE PARTIES stipulate and agree that Defendants Lisa Dracobly and John Doe Minker of the Thurston County Sheriff's Office can be dismissed with prejudice with all parties to bear their own costs and attorney's fees.

DATED this 21st day of February 2008.                DATED this 21st day of February 2008.

PREMIER LAW GROUP, PLLC                              THURSTON COUNTY
                                                     PROSECUTING ATTORNEY

/s/ Patrick J. Kang                                  /s/ Jeffrey G. Fancher
**Patrick J. Kang,** WSBA #30726                     **Jeffrey G. Fancher,** WSBA #22550
Of Attorneys for Plaintiff                           Of Attorneys for Thurston County
3131 Elliot Avenue, Suite 710                        2424 Evergreen Park Dr. SW, STE 102
Seattle, Washington  98121                           Olympia, WA 98502
Telephone: (206) 285-1743                            Telephone: (360) 786-5574
Facsimile: (206) 599-6316                            Facsimile: (360) 709-3006
E-mail: pkang@plg-pllc.com                           Email: fanchej@co.thurston.wa.us


DATED this 21st day of February 2008.                DATED this 21st day of February 2008.
                                                     .
TACOMA CITY                                          PIERCE COUNTY
ATTORNEY'S OFFICE                                    PROSECUTING ATTORNEYS

/s/ Jean Homan                                       /s/Ronald Williams
**Jean Homan,** WSBA #27084                          **Ronald Williams,** WSBA #13927
Of Attorneys for City of Tacoma                      Of Attorneys for Defendant Pierce County
747 Market St., STE 1120                             955 Tacoma Ave. S., STE 301
Tacoma, WA 98502                                     Tacoma, WA 98402
jhoman@ci.tacoma.wa.us                               rwillia@co.pierce.wa.us


## **ORDER**

THIS MATTER having come before this Court based upon the stipulation of the parties, and the Court being fully advised in the premises, now therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that Defendants John Doe Minker and Lisa Dracobly of the Thurston County Sheriff's Office are hereby dismissed with prejudice with all parties to bear their own costs and attorney's fees.

DONE IN OPEN COURT this 22nd day of February, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:
PREMIER LAW GROUP, PLLC

/s/ Patrick J. Kang_____
**Patrick J. Kang,** WSBA #30726
Of Attorneys for Plaintiff Kevin Hendrickson

Approved as to Form;
Notice of Presentation Waived:

THURSTON COUNTY
PROSECUTING ATTORNEY

/s/ Jeffrey G. Fancher_____
**Jeffrey G. Fancher,** WSBA #22550
Of Attorneys for Thurston County

TACOMA CITY
ATTORNEY'S OFFICE

/s/ Jean Homan_____
**Jean Homan,** WSBA #27084
Of Attorneys for City of Tacoma

PIERCE COUNTY
PROSECUTING ATTORNEYS

/s/ Ronald Williams_____
**Ronald Williams,** WSBA #13927
Of Attorneys for Defendant Pierce County

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS
JOHN DOE MINKER AND LISA DRACOBLY
(Case No. C06-5374)- 3

**PREMIER LAW GROUP PLLC**
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
(206) 285-1743 / Fax: (206) 599-6316